IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA<br>ex rel DIVYAKANT PATEL and<br>HARSHAD PATEL,<br>　　　Plaintiffs/Relators<br><br>v.<br><br>THE FIDELITY DEPOSIT & DISCOUNT<br>BANK, FIDELITY D&D BANKCORP,<br>INC., ANKIM M. SHAH, MARINA<br>CAPITAL LLC, 1101 NORTHERN<br>BOULEVARD LLC,<br>　　　Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | No. 3:19cv1824<br><br>(Judge Munley)<br><br>(Magistrate Judge Caraballo) |

## ORDER

**AND NOW**, to wit, this 30th day of June 2025, before the court for disposition is Magistrate Judge Phillip J. Caraballo's report and recommendation ("R&R"), which recommends denying Defendant Fidelity D&D Bankcorp, Inc's supplemental motion for attorneys' fees and expenses. (Doc. 147). No objections to the R&R have been filed, and the time for such filing has passed. Therefore, in deciding whether to adopt the R&R, the court must determine if a review of the record evidences plain error or manifest injustice. FED. R. CIV. P. 72(b) 1983 Advisory Committee Notes ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record

to accept the recommendation"); see also 28 U.S.C. § 636(b)(1); Sullivan v. Cuyler, 723 F.2d 1077, 1085 (3d Cir. 1983).

After review, the court finds neither a clear error on the face of the record nor a manifest injustice, and therefore, the R&R shall be adopted. It is hereby **ORDERED** as follows:

1) The R&R, (Doc. 147), is **ADOPTED**; and

2) Defendant Fidelity D&D Bankcorp, Inc.'s supplemental motion for attorneys' fees and expenses, (Doc. 143), is **DENIED**.

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court